UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY GUIDRY, on Behalf of Himself and Others Similarly Situated,<br><br>        *Plaintiff*,<br><br>v.<br><br>CABILDO SERVICES, LLC, and CABILDO STAFFING, L.L.C.,<br><br>        *Defendants*. | CASE NO. _____<br><br>COLLECTIVE ACTION<br><br>JURY DEMANDED |

## ORIGINAL COMPLAINT

### SUMMARY

1. Cabildo Services, LLC and Cabildo Staffing, L.L.C. (collectively, "Cabildo") does not pay certain hourly employees overtime as required by the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the FLSA). Instead, Cabildo pays these workers "straight-time" for all hours worked, including those in excess of 40 in a workweek. This collective action seeks to recover the unpaid overtime wages and other damages owed to these workers.

### JURISDICTION AND VENUE

2. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 (b) & (c) because Cabildo resides in Orleans Parish, Louisiana and most of the relevant facts occurred in this District.

## THE PARTIES

4.     Guidry is a former employee of Cabildo.  He was paid the same hourly rate for all hours worked, even though he regularly worked over forty hours per week.  His written consent is attached.

5.     Cabildo is an enterprise consisting of more than one entity.  Included in the enterprise is Cabildo Services, LLC, a Louisiana limited liability company with its principal office in New Orleans, Louisiana.  Cabildo Services, LLC's agent for service of process is George W. Hutchinson, Jr., 1515 Poydras Street, New Orleans, Louisiana, 70112.

6.     Also included in the Cabildo enterprise is Cabildo Staffing, L.L.C., a Louisiana limited liability company with its principal office in New Orleans, Louisiana.  Cabildo Staffing L.L.C.'s agent for service of process is George W. Hutchinson, Jr., 1515 Poydras Street, New Orleans, Louisiana, 70112.

## THE FACTS

7.     Cabildo is a professional staffing company.  It focuses on providing skilled labor and management employees to the construction, energy, petrochemical, civil engineering, and shipbuilding industries.  In each of the past three years, Cabildo's revenues have exceeded $500,000.  As a staffing company, Cabildo is well aware of the requirements of the FLSA – including its overtime requirements.

8.     Cabildo employed Guidry by the hour.

9.     Guidry routinely worked well in excess of forty (40) hours in a workweek.

10.    Cabildo paid Guidry the same hourly rate for all the hours he worked including those in excess of 40 in a workweek.

**COLLECTIVE ACTION ALLEGATIONS**

11. Guidry incorporates the preceding paragraphs by reference.

12. In addition to Guidry, Cabildo employs many other hourly workers who are paid the same hourly rate for both their regular and their overtime hours. Like Guidry, Cabildo did not pay these workers any overtime premium. Thus, Cabildo's "straight time for overtime" scheme extends well beyond Guidry. Dozens of other workers employed by Cabildo over the last three (3) years were subject to the same unlawful policy (collectively, "the Workers").

13. These hourly workers should be notified of this action and given the chance to join pursuant to 29 U.S.C. § 216(b). Therefore, the class is properly defined as:

> **All hourly workers employed by Cabildo within the past 3 years who were paid at their "straight time" rates for hours worked in excess of forty in a workweek.**

**CAUSE OF ACTION**

14. Guidry incorporates the preceding paragraphs by reference.

15. By failing to pay Guidry and the Workers overtime at one-and-one-half times their regular rates, Cabildo violated the FLSA's overtime provisions.

16. Cabildo owes Guidry and the Workers the difference between the straight-time rates actually paid and the proper overtime rate. Because Cabildo knew, or showed reckless disregard for whether, its pay practices violated the FLSA, Cabildo owes these wages for at least the past three years.

17. Cabildo is liable to Guidry and the Workers for an amount equal to all unpaid overtime wages.

18. Guidry and the Workers are entitled to recover all reasonable attorneys' fees and costs incurred in this action.

## JURY DEMAND

19. Guidry demands a trial by jury.

## PRAYER

Guidry prays for relief as follows:

1. An order allowing this action to proceed as a collective action under the FLSA and directing notice to the Workers;

2. Judgment awarding Guidry and the Workers all unpaid overtime compensation, liquidated damages, attorneys' fees and costs under the FLSA;

3. An award of pre- and post-judgment interest on all amounts awarded at the highest rate allowable by law; and

4. All such other and further relief to which Guidry and the Workers may show themselves to be justly entitled.

Respectfully submitted,

**/s/ Derrick Earles**
By: _____
Derrick Earles
Louisiana Bar No. 29570
Brian Caubarreaux & Associates
144 West Tunica Dr.
Marksville, Louisiana 71351
(318) 253-0900 – Phone
(318) 253-5666 – Fax
digger@caubarreaux.com

**BRUCKNER BURCH PLLC**

By: _____
      **/s/ David I. Moulton**
      David I. Moulton
      *Pro Hac Vice* Application Pending
      Texas Bar No. 24051093
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com