UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY GUIDRY, on Behalf of Himself and Others Similarly Situated, | ]  CASE NO. 2:11-cv-2578-SM-KWR |
| *Plaintiffs*, | ] |
| v. | ]  SECTION "E," JUDGE MORGAN |
| CABILDO SERVICES, LLC, and CABILDO STAFFING, L.L.C., | ]  DIVISION 4, MAGISTRATE ROBY |
| *Defendants*. | ] |

**CONSENT ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

Plaintiffs brought this case under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. (FLSA) to recover alleged unpaid overtime wages from Defendants. For settlement purposes only, and to avoid the transactional costs associated with litigation, the parties reached an agreement to settle their claims without any admission of liability, fault or wrongdoing. The parties submitted their settlement agreement (Agreement) to the Court for *in camera* review. They request the Court approve the Agreement as required by the FLSA. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir 1982) (*citing Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945). The Court has reviewed the Agreement and pleadings in this matter and holds as follows:

The Court finds the Agreement reflects a fair and reasonable compromise of the issues in dispute. Each Plaintiff will receive 100% of their claimed unpaid overtime during their entire employment with Defendants, net of attorney's fees and costs. The Court notes that the amount to be paid Plaintiffs is based on payroll information and each Plaintiff has specifically agreed to

his amount in writing. The Agreement also requires Defendants pay Plaintiffs' attorneys' fees and costs separately.

Because the Agreement is fair and represents a reasonable settlement of genuine and serious disputes of law and fact between the parties, the Court hereby **APPROVES** the Agreement.

This case is **DISMISSED WITH PREJUDICE**.

Signed May __17th__, 2012 in New Orleans, Lousiana.

> _Susie Morgan_
> JUDGE SUSIE MORGAN
> UNITED STATES DISTRICT JUDGE